UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
DAYTON

FILED
RICHARD W. NAGEL
CLERK OF COURT
10/22/2021
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

RONALD SCHROYER
PLAINTIFF

VS

PETER TOBIN, UNITED STATES MARSHALS SERVICE ET AL.,
DEFENDANTS'

NO: 3:21-cv-292

Judge Walter H. Rice
Magistrate Judge Peter B. Silvain, Jr.

# CIVIL COMPLAINT

NOW COMES PLAINTIFF RONALD SCHROYER PRO SE, IN PURSUANT TO 42 U.S.C. § 1983 FILES THIS COMPLIANT AGAINST PETER TOBIN, AND THE UNITED STATES MARSHALS SERVICE AND All JOHN DOE DEFENDANTS' (UNITED STATES MARSHALS) WHOM PARTICIPATED ~~IN~~ VIOLATING THE PLAINTIFF CONSTITUTIONAL RIGHTS, DUE PROCESS SAFE GUARDS, WILLFUL AND WANTON CONDUCT, MALICIOUS BIAS

PG. 1

# STATEMENT OF FACTS

1) ON MARCH 5, 2021 John Doe DEFENDANT ILLEGALY BROKE INTO MY HOME AND UNPLUGGED SECURITY CAM/SYSTEM WITHOUT SEARCH WARRANT TO INTIMIDATE PLAINTIFF BY DESTROYING PROPERTY AS WELL AS BREAKING IN THE GARAGE BREAKING GENERATOR SPOILING $100 OF FOOD AND ENDANGERING MY FAMILY SIMPLY BECAUSE OF PLAINTIFF HAVING AN ALLEGE ARGUMENT WITH John DOE US MARSHALS (DEFENDANT SUPERVISOR, DEFENDANT PETER TOBIN

2) ON APRIL 29th 2021 DEFENDANT TOBIN ALONG WITH John DOE DEFENDANTS (UNITED STATES MARSHALS) BROKE INTO MY HOME AGAIN 6220 LORIMER St. DAYTON OHIO, WITHOUT SEARCH WARRANT AND WITH MALICIOUS INTENT AND DESTROYED MY ENTIRE HOME WHEN NO ONE WAS HOME AND DEFENDANTS' POURED BLEACH ON CLOTHING ONCE AGAIN.

(2)

3.) On April 29th, 2021 Defendant Tobin knowingly and willing threaten Plaintiff's brother Michael held a gun to his to force his brother (Plaintiff) to run out of a place where the Plaintiff was not presence. Which was Plaintiff's brother Steven Schroyer's house.

4.) Plaintiff and Plaintiffs family has been subjected to cruel an unsual punishment: continuously by the Defendants without merit. The mere constitutional violations and mere retaliatory tactives, by intimidation, threats under the guise of violating Plaintiffs 5th 8th & 14th Amendments of United States. Constitution.

[3]

5.) PLAINTIFF'S FAMILY AS WELL AS PLAINTIFF FEARS FOR THE SAFETY AND SECURITY PROJECTED BY THE UNBECOMING BEHAVIOR DEFENDANTS' DISPLAYED.

6.) PLAINTIFF HAS DEFENDANT TOBIN BRAGGING ABOUT HIS BEHAVIOR ON CAMERA. PLAINTIFF PRAYS THIS HONORABLE COURT ACCEPTS THIS COMPLAINT AS TRUE UNDER THE PENALTY OF PERJURY.

*Ronald E. Schroyer*

C:C FILE
CLERK OF THE COURT
FEDERAL BUILDING
200 WEST SECOND STREET
DAYTON, OH 45402

(4)

# REQUEST RELIEF

**PLAINTIFF:**

$100,000 PUNITIVE DAMAGE MENTAL ANGUISH PAIN AND SUFFERING

$200,000 COMPENSATORY DAMAGES FOR DESTROYING HOME TWICE

$1,000,000 NOMINAL DAMAGES CONSTITUTIONAL VIOLATIONS

Truly Submitted

Ronald E. Schoyer

(5)

# PROOF CERTIFICATE OF SERVICE

ON OCT 18th 2021 I RONALD Schroyer PLAINTIFF IN THIS Cause PLACE THIS DOCUMENT CIVIL COMPLAINT- 1983 IN THE UNITED STATES POSTAL

TO

C.C. CLERK OF THE COURT FEDERAL BUILDING 200 WEST SECOND STREET DAYTON, OH 45402

C.C.
File

RONALD SCHROYER

X 6220 LORIMER Street
DAYTON, Ohio
45417

Ronald Schroyer
705 Hanover St
Hamilton, ohio
, 45011

CINCINNATI OH 452
20 OCT 2021 PM 2 L

Clerk of Courts
(Federal Building)
200 West Second St.
Dayton, ohio
   45402
45402–146901